UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | |
|---|---|
| ZHEJIANG SANMEI CHEMICAL IND. CO., LTD., SHANDONG DONGYUE CHEMICAL CO., LTD., and HUATAI DONGYUE INTERNATIONAL TRADE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Court No. 22-00103 |

S U M M O N S

**TO:** The Attorney General;
General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/Mario Tuscano
Clerk of the Court

1. Name and Standing of Plaintiff
    Plaintiffs, Zhejiang Sanmei Chemical Ind. Co., Ltd. ("Sanmei Chemical") and Shandong Dongyue Chemical Co., Ltd. ("Dongyue Chemical") are Chinese producers and exporters of Pentafluoroethane ("R-125") manufactured in China. Plaintiff Huatai Dongyue International Trade Co., Ltd. ("Dongyue Trade") is a Chinese exporter of R-125 manufactured in China. All three Plaintiffs exported R-125 during the period of investigation of the antidumping duty investigation Pentafluoroethane from the People's Republic of China. Sanmei Chemical participated in the investigation as a mandatory respondent and Plaintiffs Dongyue Chemical and Dongyue Trade participated in the investigation as separate rate respondents. Each Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and 19 C.F.R. § 351.102(b)(2)(i) that actively participated in the contested antidumping duty order. Each Plaintiff, therefore, has standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>
Plaintiffs contest the antidumping duty order issued by the International Trade Administration of the U.S. Department of Commerce, ("Commerce") resulting from the antidumping duty investigation *Pentafluoroethane (R-125) from the People's Republic of China* (A-570-137).

3. <u>Date of Order</u>
Commerce's antidumping duty order was published in the *Federal Register* on March 3, 2022.

4. <u>Date of Publication in the Federal Register of Notice of the Contested Antidumping Duty Order</u>   Commerce's Countervailing Duty order was published in the *Federal Register* on March 3, 2022 as Pentafluoroethane (R-125) *from the People's Republic of China*: *Antidumping and Countervailing Duty Orders,* 87 Fed. Reg. 12,081 (March 30, 2022).

        /s/<u>Lizbeth R. Levinson</u>
        Lizbeth R. Levinson
        Ronald M. Wisla
        Brittney R. Powell

        FOX ROTHSCHILD LLP
        2020 K Street, N.W.
        Suite 500
        Washington, DC  20006
          Tel:  (202) 461-3100
          Fax: (202) 461-3102

        *Counsel to Plaintiffs*

Dated:  April 4, 2022

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC  20230

Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY  10278