**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ZHEJIANG SANMEI CHEMICAL IND. <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> HONEYWELL INTERNATIONAL, INC. <br><br> Defendant-Intervenor. | **Before: Richard K. Eaton Judge** <br> Court No. 22-00103 |

**STIPULATION OF DISMISSAL**

  **PLEASE TAKE NOTICE** that Plaintiffs Shandong Dongyue Chemical Co., Ltd. ("Shandong Dongyue") and Huantai Dongyue International Trade Co. Ltd. ("Huantai Dongyue"), pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed this stipulation of dismissal signed by all parties who have appeared in this action, hereby dismiss their claims in this proceeding with prejudice. The Court's Rule 41(a)(1)(A) permits dismissal of fewer than all plaintiffs. This stipulation of dismissal includes only the two plaintiffs Shandong Dongyue and Huantai Dongyue. It does not include the plaintiff Zhejiang Sanmei Chemical Industry Co., Ltd. ("Zhejiang Sanmei"). Accordingly, this stipulation of dismissal does not dismiss the action in its entirety, but only dismisses Shandong Dongyue's and Huantai Donyue's claims from the action.

1

**Date:** August 29, 2024                     /s/    *Lizbeth R. Levinson*

                                                         Lizbeth R. Levinson
Brittney R. Powell

FOX ROTHSCHILD LLP
2020 K Street, NW
Suite 500 East
Washington, DC  20006
Phone: (202) 361-3100
Email:  llevinson@foxrothschild.com

Attorney for Plaintiffs


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

L. MISHA PREHEIM
Assistant Director

OF COUNSEL:                                  /s/   *Kelly Geddes*
JESUS N. SAENZ                               Kelly Geddes
Attorney                                     Trial Attorney
Office of the Chief Counsel                  U.S. Dept. of Justice
for Trade Enforcement and Compliance         Civil Division
U.S. Department of Commerce                  Commercial Litigation Branch
Washington, D.C.                             P.O. Box 480
                                             Ben Franklin Station
                                             Washington, D.C. 20044
                                             Telephone: (202) 307-2867
                                             E-mail: Kelly.Geddes2@usdoj.gov

Attorneys for Defendant


*[signature]*

_____
Daniel Cannistra
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.

2

Washington, D.C. 20004
Telephone: (202) 624-2500
Email: dcannistra@crowell.com
Counsel for Honeywell International Inc.